NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3015

BRIGETTE D. BARFIELD,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Petition for review of the Merit Systems Protection Board in
AT0752090234-I-1.

ON MOTION

<u>O R D E R</u>

Brigette D. Barfield moves without opposition for a 45-day extension of time, until February 11, 2010, to file her brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 11 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Ariel E. Solomon, Esq.
Gregg M. Schwind, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 11 2010

JAN HORBALY
CLERK